# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
NOV 16 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
J. HELLINGS

|  |  |
|---|---|
| United States of America ) <br> vs. ) <br> Vanessa Cameron ) | Case No. 1:10-CR-00211-15 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Vanessa Cameron_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

To modify the location monitoring condition to be effective as follows: You shall participate in the **CURFEW** component of the remote location monitoring program and abide by all the requirements of the program which will include electronic monitoring or other location verification monitoring system. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the Pretrial Services Officer. You are restricted to your residence every day from 9:00 pm to 5:00 am, or as directed by the Pretrial Services Officer.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Vanessa Cameron_                 11/16/10                 _[signature]_                 11/16/2010
Signature of Defendant          Date                     Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                                                          11/15/2010
Signature of Assistant United States Attorney                                           Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                                                          11/16/2010
Signature of Defense Counsel                                                            Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on   11/16/10   .
[ ] The above modification of conditions of release is *not* ordered.

_Sheila K. Oberto_                                                                     11/16/10
Signature of Judicial Officer                                                           Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services